UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. T.,<br><br>      Plaintiff,<br><br>  v.<br><br>SHRIGI, INC., et al.,<br><br>      Defendants. | Case No. 1:26-cv-02415-FJS<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR SCHEDULING CONFERENCE AND CONTINUING SCHEDULING CONFERENCE<br><br><u>SEVEN (7) DAY DEADLINE</u> |

On March 30, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is currently set for June 30, 2026. (ECF No. 4.) On March 30, 2026, the clerk of the court issued summons. (ECF Nos. 5, 6, 7.) To date, Defendants have not appeared or responded to the complaint. Nor has Plaintiff filed proof of service of the summons and complaint. Generally, the court will not hold an initial scheduling conference with a defendant who has not appeared and answered.

Accordingly, IT IS HEREBY ORDERED that <u>within seven (7) days of the date of this order, Plaintiff shall file a status report</u> indicating the status of service upon Defendants and when service occurred. The SCHEDULING CONFERENCE currently set for June 30, 2026, is continued to September 15, 2026, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the

conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **June 24, 2026**                          _____
                                                   UNITED STATES MAGISTRATE JUDGE

2