UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.T., | Case No.  1:26-cv-02415-FJS |
| Plaintiff, | ORDER GRANTING J. ALEXANDER MARCINKO'S *PRO HAC VICE* APPLICATION |
| v. | |
| SHRIGI, INC., et al., | (ECF No. 10) |
| Defendants. | |

Before the Court is the application of J. Alexander Marcinko ("Petitioner"), attorney for Plaintiff V.T. for admission to practice *pro hac vice*. L.R. 180(b)(2).

Attorneys practicing in the Eastern District of California must be members of the Bar of this court, which requires that an attorney be an active member in good standing with the State Bar of California. L.R 180. Yet this district also permits those attorneys who are members in good standing and eligible to practice before the bar of any federal or state court to participate in a case provided the attorney has been retained for the matter and has filed an application to practice *pro hac vice*. L.R. 180(b)(2).

*Pro hac vice* appearances usually allow attorneys to appear as "one time or occasional practitioners." *Finder v. Leprino Foods Co.,* No. 1:13-CV-02059-AWI-BAM, 2019 WL 6894468 (E.D. Cal. Dec. 18, 2019). Yet the court notes that this is Petitioner's third *pro hac vice* application in this district this calendar year. The court reminds Petitioner that *pro hac*

*vice* for out-of-state attorneys is unavailable if, among other grounds, "the attorney is regularly engaged in professional activities in California." *See* L.R 180(d).

Nonetheless, Petitioner's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: __**June 25, 2026**__

_____
UNITED STATES MAGISTRATE JUDGE

2