UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. T.,<br><br>    Plaintiff,<br><br>  v.<br><br>SHRIGI, INC., et al.,<br><br>    Defendants. | Case No. 1:26-cv-02415-FJS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE<br><br>(ECF No. 13) |

On March 30, 2026, Plaintiff commenced this action. (ECF No. 1.) On March 30, 2026, the clerk of the court issued summons. (ECF Nos. 5, 6, 7.) To date, Defendants have not appeared or responded to the complaint. Nor has Plaintiff filed proof of service of the summons and complaint. On June 24, 2026, the court ordered Plaintiff to file a status report regarding the status of service on Defendants. (ECF No. 11.) On July 1, 2026, Plaintiff filed this instant motion for an extension of time to effect service upon Defendants. (ECF No. 13.)  Having considered Plaintiff's motion, the court finds good cause to grant Plaintiff an extension of time to effect service because (1) Plaintiff's statute of limitations is approaching, and (2) Plaintiff has acted diligently to effect service upon Defendants to date.

Accordingly, upon consideration of Plaintiff's motion for extension of time to effect service of process (ECF No. 13), it is hereby ORDERED that:

1.    Plaintiff's motion is GRANTED; and

2.    Plaintiff shall have through September 29, 2026, to effect service of process upon Defendants.

IT IS SO ORDERED.

Dated:  **July 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE