UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. T.,<br>Plaintiff,<br>v.<br>SHRIGI, INC., et al.,<br>Defendants. | Case No. 1:26-cv-02415-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On March 30, 2026, Plaintiff commenced this action. (ECF No. 1.) On March 30, 2026, the clerk of the court issued summons. (ECF Nos. 5, 6, 7.) To date, Defendants have not appeared or responded to the complaint. Generally, the court will not hold an initial scheduling conference with a defendant who has not appeared and answered.

Accordingly, IT IS HEREBY ORDERED that the scheduling conference currently set for September 15, 2026, is continued to December 9, 2026, at 10:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **September 10, 2026**

UNITED STATES MAGISTRATE JUDGE