UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

V. T.,
Plaintiff,

v.

SHRIGI, INC., et. al.,

Defendants.

Case No. 1:26-cv-02415-FJS

ORDER GRANTING ASHLEY VENTRILLO'S *PRO HAC VICE* APPLICATION

(ECF No. 18)

Before the court is the application of Ashley Ventrillo, attorney for Plaintiff V.T., for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The pro hac vice attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **September 15, 2026**

UNITED STATES MAGISTRATE JUDGE