**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| V. T.,<br><br>Plaintiff,<br>v.<br><br>SHRIGI, INC., et al.<br><br>Defendants. | Case No.: 1:26-cv-02415-FJS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT EUROCAN ENTERPRISES INC. TO RESPOND TO COMPLAINT (E.D. CAL. L.R. 144)**<br><br>Summons Served: August 24, 2026<br>Current Response Date: September 14, 2026<br>New Response Date: October 12, 2026 |

Pursuant to Eastern District of California Local Rule 144(a), Plaintiff V.T. ("Plaintiff") and Defendant Eurocan Enterprises Inc. ("Eurocan"), by and through their respective counsel, hereby stipulate and agree as follows:

Eurocan was served with the Summons and Complaint on August 24, 2026. Eurocan's deadline to answer or otherwise respond to the Complaint is currently September 14, 2026.

Eurocan shall have an additional twenty-eight (28) days, up to and including October 12, 2026, to answer or otherwise respond to Plaintiff's Complaint, as well as to file any pleading or submission due to be filed at the same time as such answer or other responsive pleading. This is the first extension of time stipulated to by the parties as to Eurocan's response to the Complaint, the extension does not exceed twenty-eight (28) days as permitted under Local Rule 144(a), and this stipulation is made in good faith and not for the purpose of causing unwarranted delay.

Nothing in this Stipulation shall be construed as a waiver of any of Eurocan's rights, claims, or defenses, including any defenses based on jurisdiction, venue, insufficiency of process, or insufficiency of service of process. This extension will not alter the date of any event or deadline already fixed by Court order.

\\\

IT IS SO STIPULATED.

**PRESENTED BY:**

DATE: September 24, 2026

/s/ Ashley Marie Ventrillo
Jeffrey Toppe
THE TOPPE FIRM, LLC
c/o 4503 N. Front St.
Harrisburg, PA 17110
Tel: 800-706-2764
Email: jct@toppefirm.com

Ashley Marie Ventrillo, Pro Hac Vice
ANDREOZZI AND FOOTE
4503 N Front Street
Harrisburg, PA 17110
Tel: 717-896-6823
Email: ashley@vca.law
*Attorneys for Plaintiff V. T.*

DATE: September 24, 2026

/s/ Jennifer Cormier
Jennifer Cormier (*Appearance Forthcoming*)
MANNING GROSS + MASSENBURG LLP
601 Montgomery Street, Suite 1000
San Francisco, CA 94111
Tel: 415.512.4381
Fax: 415.512.6791
*Attorney for Defendant Eurocan Enterprises Inc.*

**ATTESTATION OF E-FILED SIGNATURE**

I, Jennifer Cormier, attest that concurrence in the filing of this document has been obtained from counsel for Plaintiff, and that Plaintiff's counsel has authorized the filing of this Stipulation on their behalf.

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 601 Montgomery Street, Suite 1000, San Francisco, California 94111. On September 25, 2026, I served the foregoing document(s) described as:

**STIPULATION TO EXTEND TIME FOR DEFENDANT EUROCAN ENTERPRISES, INC. TO RESPOND TO COMPLAINT**

on the interested party(ies) in this action, using the following means:

**SEE ATTACHED SERVICE LIST**

☐ **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ **BY UNITED STATES MAIL:** I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☐ **BY OVERNIGHT DELIVERY:** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY MESSENGER SERVICE:** I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☐ **BY FAX:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☒ **BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY ELECTRONIC SERVICE AS FOLLOWS:** by personally transmitting a true copy thereof via File & ServExpress for electronic service to all parties in this action per the electronic service list.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2026, at San Francisco, California.

Jamie Rae Colbert

**SERVICE LIST**

| ATTORNEY & PARTY REPRESENTED | SERVICE BY ECF OR EMAIL |
|---|---|
| Jeffrey Toppe<br>The Toppe Firm, LLC<br>c/o 4503 N. Front Street<br>Harrisburg, PA 17110<br>800-706-2764<br>jct@toppefirm.com<br><br>Nathan L. Foote – *Pro Hac Vice*<br>Ashley Ventrillo – *Pro Hac Vice*<br>J. Alexander Marcinko – *Pro Hac Vice*<br>4503 North Front Street<br>Harrisburg, PA 17110<br><br>**Attorney for Plaintiff** | ☒ via CM/ECF<br><br>☐ via E-mail: |