UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. T.,<br>Plaintiff,<br>v.<br>SHRIGI, INC., et al.,<br>Defendants. | Case No. 1:26-cv-02415-FJS<br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS<br>(ECF No. 24) |

Having considered Plaintiff's second motion for extension of time to effect service of process (ECF No. 24), the court finds good cause to grant Plaintiff an extension of time to effect service because (1) Plaintiff's statute of limitations is approaching, and (2) Plaintiff has acted diligently to effect service upon Defendants to date.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's second motion for extension of time to effect service of process is granted; and

2. Plaintiff shall have sixty (60) days from the date of this order to effect service of process on the remaining eight defendants.

IT IS SO ORDERED.

Dated: **October 2, 2026**

UNITED STATES MAGISTRATE JUDGE