Jennifer A. Cormier (SBN 177109)
jcormier@mgmlaw.com
MANNING GROSS + MASSENBURG LLP
601 Montgomery Street, Suite 1000
San Francisco, California 94111
Telephone: 415.512.4381
Facsimile: 415.512.6791

Attorney for Defendant
EUROCAN ENTERPRISES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. T.,<br><br>Plaintiff,<br>v.<br><br>SHRIGI, INC., et al.<br><br>Defendants. | Case No.: 1:26-cv-02415-FJS<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EUROCAN ENTERPRISES INC. TO RESPOND TO COMPLAINT (E.D. CAL. L.R. 144) |

Pursuant to Eastern District of California Local Rule 144(a), Plaintiff V.T. ("Plaintiff") and Defendant Eurocan Enterprises Inc. ("Eurocan"), by and through their respective counsel, hereby stipulate and agree, subject to approval by the Court, as follows:

Eurocan was served with the Summons and Complaint on August 24, 2026. Eurocan's original deadline to answer or otherwise respond to the Complaint was September 14, 2026. On September 25, 2026, the parties filed a stipulation extending that deadline by twenty-eight (28) days, up to and including October 12, 2026. (ECF No. 21.) The Court has not entered an order fixing that date, and Eurocan's response currently is due October 12, 2026.

Eurocan shall have an additional twenty-five (25) days, up to and including November 6, 2026, to answer or otherwise respond to Plaintiff's Complaint, as well as to file any pleading or submission

due to be filed at the same time as such answer or other responsive pleading. This is the second extension of time stipulated to by the parties as to Eurocan's response to the Complaint. The parties previously obtained a total extension of twenty-eight (28) days (ECF No. 21). With this extension, the total period of extensions obtained by the parties as to Eurocan's response to the Complaint will be fifty-three (53) days. Because this extension is not an initial stipulation, the parties respectfully request that the Court approve it. The parties make this stipulation in good faith and not for the purpose of causing unwarranted delay.

Nothing in this Stipulation shall be construed as a waiver of any of Eurocan's rights, claims, or defenses, including any defenses based on jurisdiction, venue, insufficiency of process, or insufficiency of service of process. This extension will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

PRESENTED BY:

DATE: October 9, 2026

/s/ Ashley Marie Ventrillo

Jeffrey Toppe
THE TOPPE FIRM, LLC
c/o 4503 N. Front St.
Harrisburg, PA 17110
Tel: 800-706-2764
Email: jct@toppefirm.com

Ashley Marie Ventrillo, Pro Hac Vice
ANDREOZZI AND FOOTE
4503 N Front Street
Harrisburg, PA 17110
Tel: 717-896-6823
Email: ashley@vca.law
*Attorneys for Plaintiff V. T.*

DATE: October 9, 2026

/s/ Jennifer Cormier

Jennifer Cormier
MANNING GROSS + MASSENBURG LLP
601 Montgomery Street, Suite 1000
San Francisco, CA 94111
Tel: 415.512.4381
Fax: 415.512.6791
*Attorney for Defendant Eurocan Enterprises Inc.*

ATTESTATION OF E-FILED SIGNATURE

I, Jennifer Cormier, attest that concurrence in the filing of this document has been obtained from counsel for Plaintiff, and that Plaintiff's counsel has authorized the filing of this Stipulation on their behalf.

/s/ Jennifer Cormier

ORDER

Having considered the parties' above stipulation, and good cause appearing, the court ORDERS as follows:

1. The court GRANTS the parties' stipulation to extend time for defendant Eurocan Enterprises Inc. to respond to Plaintiff's complaint (ECF No. 1);

2. Defendant Eurocan Enterprises Inc. shall file a responsive pleading to Plaintiff's complaint on or before November 6, 2026; and

3. This order does not alter the date of any other event or deadline already fixed by court order.

IT IS SO ORDERED.

Dated: **October 14, 2026**

UNITED STATES MAGISTRATE JUDGE