UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. T.,<br><br>Plaintiff,<br>v.<br><br>SHRIGI, INC., et al.<br><br>Defendants. | Case No. 1:26-cv-02415-FJS<br><br>ORDER RE: JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT EUROCAN ENTERPRISES INC. TO RESPOND TO COMPLAINT<br><br>(ECF No. 34) |

Pursuant to Eastern District of California Local Rule 144(a), Plaintiff V.T. ("Plaintiff") and Defendant Eurocan Enterprises Inc. ("Eurocan"), by and through their respective counsel, hereby stipulate and agree, subject to approval by the Court, as follows:

Eurocan was served with the Summons and Complaint on August 24, 2026. Eurocan's original deadline to answer or otherwise respond to the Complaint was September 14, 2026. On September 25, 2026, the parties filed a stipulation extending that deadline by twenty-eight (28) days, up to and including October 12, 2026. (ECF No. 21.) On October 9, 2026, the parties filed a second stipulation extending that deadline by an additional twenty-five (25) days, up to and including November 6, 2026. (ECF No. 29.) The Court granted that second stipulation on October 14, 2026. (ECF No. 30.) Eurocan's response currently is due November 6, 2026.

Eurocan shall have an additional seven (7) days, up to and including November 13, 2026, to answer or otherwise respond to Plaintiff's Complaint, as well as to file any pleading or submission due to be filed at the same time as such answer or other responsive pleading. This is the third extension of time stipulated to by the parties as to Eurocan's response to the Complaint. The parties previously obtained a total extension of fifty-three (53) days (ECF Nos. 21, 29, and 30). With this extension, the total period of extensions obtained by the parties as to Eurocan's response to the Complaint will be sixty

(60) days. Good cause exists for this extension. Multiple attorneys represent Eurocan, and those attorneys are still coordinating the response to the Complaint. Counsel for Eurocan has exercised due diligence in attempting to reach Eurocan's independent counsel multiple times and continues to await a response despite those repeated efforts. Counsel for Eurocan cannot ethically or accurately finalize and verify an answer to the Complaint without the client's verification. If required to file an inadequate answer, Eurocan would suffer severe and irreversible legal prejudice. Absent this extension, Eurocan's counsel has no means to file an adequate response by the current deadline. An additional week will allow Eurocan's counsel to complete that coordination and to prepare a unified, complete response. Plaintiff does not oppose the requested extension. The parties make this stipulation in good faith and not for the purpose of causing unwarranted delay.

Nothing in this Stipulation shall be construed as a waiver of any of Eurocan's rights, claims, or defenses, including any defenses based on jurisdiction, venue, insufficiency of process, or insufficiency of service of process. This extension will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

**PRESENTED BY:**

DATE: November 5, 2026

/s/ Ashley Marie Ventrillo
Jeffrey Toppe
THE TOPPE FIRM, LLC
c/o 4503 N. Front St.
Harrisburg, PA 17110
Tel: 800-706-2764
Email: jct@toppefirm.com

Ashley Marie Ventrillo, Pro Hac Vice
ANDREOZZI AND FOOTE
4503 N Front Street
Harrisburg, PA 17110
Tel: 717-896-6823
Email: ashley@vca.law
*Attorneys for Plaintiff V. T.*

DATE: November 5, 2026

/s/ Jennifer Cormier
Jennifer Cormier
MANNING GROSS + MASSENBURG LLP
601 Montgomery Street, Suite 1000
San Francisco, CA 94111
Tel: 415.512.4381
Fax: 415.512.6791
*Attorney for Defendant Eurocan Enterprises Inc.*

**ATTESTATION OF E-FILED SIGNATURE**

I, Jennifer Cormier, attest that concurrence in the filing of this document has been obtained from counsel for Plaintiff, and that Plaintiff's counsel has authorized the filing of this Stipulation on their behalf.

ORDER

Based on the Parties' stipulation (ECF No. 34) and good cause appearing, the court HEREBY ORDERS that:

(1) The Parties' joint stipulation to extend time for Defendant Eurocan Enterprises Inc. to respond to the complaint (ECF No. 34) is GRANTED; and

(2) Defendant Eurocan Enterprises Inc. SHALL file a responsive pleading to Plaintiff's complaint (ECF No. 1), on or before November 13, 2026; and

(3) This order does not alter the date of any other event or deadline already fixed by court order.

IT IS SO ORDERED.

Dated: **November 6, 2026**

UNITED STATES MAGISTRATE JUDGE